RICARDO RODRÍGUEZ PERALES y/o LOURDES GUERRIDOS RIVERA, demandantes y peticionarios, v. JUNTA DE DIRECTORES DEL CONDOMINIO MONTE SUR, demandados y recurridos, y MILAGROS MEDINA GOYCO y OTROS, interventores y recurridos.

*Número:* CC-97-642      *Resuelto:* 30 de enero de 1998

---

*María Perales*, abogada de la parte peticionaria.

## RESOLUCIÓN

No obstante lo altamente inusitado del trámite realizado por el Tribunal de Circuito de Apelaciones de celebrar una inspección ocular en un caso de revisión administrativa (en su etapa apelativa), que además contribuyó a demorar los procedimientos, se deniega el recurso de *certiorari* ante nos.

Estimamos que está implícito en el dictamen referido del foro apelativo que el Departamento de Asuntos del Consumidor examinará con prioridad el mandato que le ha sido devuelto.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García y el Juez Asociado Señor Rebollo López no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*